1UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08CR21-W |
| | ) | |
| v. | ) | **ORDER APPOINTING SPECIAL MASTER** |
| | ) | |
| NEIL O'ROURKE | ) | |

THIS MATTER is before the Court on the joint motion of the parties to appoint a Special Master pursuant to 18 U.S.C. § 3664(d)(6). For the reasons stated in the joint motion, and for good cause found, the motion is GRANTED.

IT IS ORDERED that Joseph W. Grier, III be appointed Special Master in the instant action to submit proposed findings of fact and recommendations to the Court and to otherwise serve as directed below;

IT IS FURTHER ORDERED that the Special Master fashion a proposed restitution order and recommend findings to the Court on the following issues: (a) which entities and individuals are properly considered "victims" pursuant to 18 U.S.C. § 3663A(a)(2); (b) the proper amount of restitution owed to each victim pursuant to 18 U.S.C. §§ 3663A(b) and 3664(e); and (c) an appropriate payment schedule pursuant to, among other sections, 18 U.S.C. § 3664(i); as well as other issues that may arise under 18 U.S.C. §§ 3663, 3663A, or 3664, and as may be ordered by the Court;

IT IS FURTHER ORDERED that the Special Master notify identified victims as required by 18 U.S.C. §§ 3771(b)(1) and 3771(c)(1);

IT IS FURTHER ORDERED that the Special Master receive restitution payments and use such payments to make appropriate distribution to victims, to be reimbursed for costs and expenses, and to be appropriately compensated.

IT IS FURTHER ORDERED that the Special Master's responsibilities and powers under this Order are intended to complement and work in harmony with the Special Master's duties and powers as court-appointed Receiver in the case of *State of North Carolina ex rel Roy Cooper, Attorney General v. Peerless Real Estate Services, Inc.* (Case No. 07 CVS 009006, Wake County, North Carolina),

Signed: July 14, 2008

Frank D. Whitney
United States District Judge